UNITED SECURITY CORPORATION, Respondent, v. ISADORE SUCHMAN, Appellant.
— Determination affirmed, with costs to the respondent. No opinion. Present — Peck, P. J. Dore, Callahan, Breitel and Bergan, JJ.; Callahan and Bergan, JJ., dissent and vote to reverse the determination of the Appellate Term and reinstate the intermediate and final orders of the Municipal Court for the reasons assigned in the opinion of EDER, J., at the Appellate Term. [See *post*, p. 760.]

20 EAST 74TH STREET, INC., Appellant, v. MADISON-SEVENTY FOURTH CORPORATION et al., Respondents. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.